**Fill in this information to identify the case:**

Debtor 1 Bryan R. Hebron

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: District of Maryland

Case number 24-13747

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Navy Federal Credit Union

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 6 2 9 0

**Date of payment change:** Must be at least 21 days after date of this notice: 08/01/2024

**New total payment:** Principal, interest, and escrow, if any: $305.42

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment: $** ______ **New escrow payment: $** ______

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:
ELOC/Consumer Variable

**Current mortgage payment: $** 302.91 **New mortgage payment: $** 305.42

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Pamela Trainor Date 07/09/2024
Signature

Print: Pamela Trainor Preparer
First Name Middle Name Last Name Title

Company Navy Federal Credit Union

Address 820 Follin Lane
Number Street

Address 2

Vienna VA 22180
City State ZIP Code

Contact phone 703-255-7463 Mortgage_Bankruptcy@Navyfederal.org
Email

# UNITED STATES BANKRUPTCY COURT

District of Maryland

Chapter 13 No. 24-13747

Judge: Judge Nancy V. Alquist

In re:

Bryan R. Hebron

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before July 11, 2024 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Mail Postage Prepaid.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid.
Bryan R. Hebron
8147 Hollow Ct.

Severn MD 21144

By U.S. Postal Service First Class Mail Postage Prepaid.
N/A

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid.
Eric S. Steiner
Steiner Law Group, LLC
PO Box 17598
Pmb 83805
Baltimore MD 21297

By U.S. Postal Service First Class Mail Postage Prepaid.
N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid.
Brian A. Tucci
Brian A. Tucci, Chapter 13 Trustee
P.O. Box 1110

Millersville MD 21108

U.S Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid.
Gerard R. Vetter
U.S. Trustee
101 West Lombard St, Suite 2625

Baltimore MD 21201

/s/Pamela Trainor

Preparer

Navy Federal Credit Union

NAVY FEDERAL Credit Union
Member Service 1-888-842-6328
www.navyfederal.org
P.O. Box 3302 • Merrifield, VA 22119-3302



# MONTHLY HOME EQUITY LINE STATEMENT

| | | |
|---|---|---|
| STATEMENT DATE: | | 07/05/24 |
| LOAN NUMBER | | [redacted] |
| PAYMENT DUE DATE | | 08/01/24 |
| INTEREST RATE | | 10.25% |
| CREDIT LIMIT | $ | 30,684.00 |
| AVAILABLE CREDIT | $ | 0.00 |

[redacted]
BRYAN HEBRON
8147 HOLLOW CT
SEVERN MD 21144-1849

**All Home Equity Lines of Credit are variable-rate products so the annual percentage rate, payment or term may change.**

**Payments received for less than the Total Amount Due may incur late charges in accordance with the terms of the Note.**

PAYMENT INFORMATION

| | | |
|---|---|---|
| MINIMUM PAYMENT DUE | $ | 305.42 |
| TOTAL PAST DUE | $ | 603.06 |
| **TOTAL AMOUNT DUE** | $ | 908.48 |

Property Address: **8147 HOLLOW COURT**
**SEVERN, MD 21144**

The balance shown does not include payoff interest calculations. If you need a payoff figure, please contact us at 1-888-842-NFCU (6328). Account Specialists will be available to assist you Monday - Saturday: 7:00am - Midnight, Sunday: Noon - Midnight, Eastern Time.

Payments received after the statement date above will be reflected on the next month's statement. This statement may not include all transactions that occurred during the period. Please see the back of the statement for additional information.

## DETAILS OF TRANSACTION ACTIVITY SINCE THE LAST STATEMENT

| TRANS DATE | POST DATE | TOTAL AMOUNT | DESCRIPTION | PRINCIPAL | INTEREST | OTHER |
|---|---|---|---|---|---|---|
| 05/30/24 | 05/30 | 700.00 | ATTORNEY ADVANCE DISBURSEMENT | 0.00 | 0.00 | 0.00 |
| 05/23/24 | 05/23 | 250.00 | ATTORNEY ADVANCE DISBURSEMENT | 0.00 | 0.00 | 0.00 |
| 05/01/24 | 05/01 | 300.82 | PAYMENT RECEIVED | 40.96 | 259.86 | 0.00 |
| 04/01/24 | 04/01 | 301.23 | PAYMENT RECEIVED | 57.79 | 243.44 | 0.00 |
| 03/01/24 | 03/01 | 301.82 | PAYMENT RECEIVED | 41.22 | 260.60 | 0.00 |
| 02/01/24 | 02/01 | 302.23 | PAYMENT RECEIVED | 41.32 | 260.91 | 0.00 |

## DETAILS OF INTEREST CHARGES

| ANNUAL PERCENTAGE RATE | AVERAGE DAILY BALANCE USED TO COMPUTE INTEREST CHARGES | DAILY PERIODIC RATE x | DAYS IN BILLING CYCLE x | CURRENT INTEREST CHARGES = |
|---|---|---|---|---|
| 10.25% | 29,781.15 | 0.0280630 | 30 | 250.72 |
| | | | | |
| | | | | |

## SUMMARY OF ACTIVITY AND FINANCE CHARGES

| PREVIOUS BALANCE | CHARGES & FEES + | FINANCE CHARGES + | PAYMENTS & CREDITS - | CREDIT/DEBIT ADJUSTMENT +/- | NEW BALANCE = |
|---|---|---|---|---|---|
| 30,291.24 | 0.00 | 250.72 | 0.00 | 0.00 | 30,541.96 |

## IMPORTANT MESSAGES

**You can pay your past due balance within the Navy Federal online account or Mobile application, at a branch, or by mailing in your payment. If applicable, interest will continue to accrue on unpaid principal. For questions please contact our Collections Department toll-free at 1-800-258-5948. Representatives are available to assist you Monday through Friday between 8:00 am and 11:00 pm and Saturday between 8:00 am and 4:30 pm, Eastern time.**

NAVY FEDERAL Credit Union

**BRYAN HEBRON**

**PLEASE INCLUDE THIS PORTION WITH THE PAYMENT.**

| PAYMENT DUE DATE | LOAN NUMBER |
|---|---|
| 08/01/24 | [redacted] |

**Make checks payable to:**

**NAVY FEDERAL CREDIT UNION**
**PO Box 3300**
**Merrifield VA 22119-3300**

| | | |
|---|---|---|
| TOTAL AMOUNT DUE: | 908.48 | [redacted] |
| TOTAL AMT ENCLOSED | | |

[redacted]

## CONTACT INFORMATION

Member Service Representatives are available at **1-888-842-6328** during the following hours:
Monday – Saturday: 7:00 am – Midnight, Sunday: Noon – Midnight, Eastern Time.
For Overseas members, call collect at 703-255-8837.
Default Counselors are available at 1-800-258-5948 during the following hours:
Monday – Friday: 8:00 am – 4:30 pm, Eastern Time.
For more information, visit **navyfederal.org** (NFO).

* Under Regulation X of the Real Estate Settlement Procedures Act (RESPA), borrowers have the right to resolve errors or request information about mortgage accounts in writing. Error notices or information requests written on the loan payment coupon or other payment medium provided to you by us will not be accepted. Your written notice of error or information request must include your name, account number, and your explanation of the error or reason for the request. Any written notice or request you wish to submit must be sent to the correspondence address below.

**Payment Address:**
Navy Federal Credit Union
PO Box 3300
Merrifield, VA 22119-3300

**Property Tax Address:**
Navy Federal Credit Union
PO Box 3304
Merrifield, VA 22119-3304

**Payoff / Overnight Address:**
820 Follin Lane
Vienna, VA 22180
Attention: Mortgage Servicing Division, Payoff Section

*** Correspondence Address:**
Navy Federal Credit Union
Mortgage Servicing Error Resolution
and Information Request
PO Box 3302
Merrifield, VA 22119-3302

**Insurance Address:**
Navy Federal Credit Union
PO Box 100598
Florence, SC 29502-0598

## PAYMENT INFORMATION

**All payments to Navy Federal must be in US dollars.**

**Phone Payments.** Please call **1-888-842-6328** to make a phone payment.

**Online Payments.** Please visit **navyfederal.org** to make an online payment.

**Mail Payments.** Make check payable to Navy Federal Credit Union. Do not include any correspondence or remittances for other Navy Federal Credit Union accounts with the mortgage/equity payment. Please write the loan number on your check and mail in the enclosed envelope.

**Drafting.** If your automatic payment date falls on a weekend or a holiday, please note that the payment will be processed on the **following business day.**

**Transfer a Payment to Your Mortgage or Equity Loan.** This automated service is available 24 hours a day online. Member Service Representatives are available to assist you Monday – Saturday: 7:00 am – Midnight, Sunday: Noon – Midnight, Eastern Time.

**Additional Principal Payments.** Depending upon the terms of the loan agreement, you may be able to pay additional principal on the loan. We must receive additional principal payments on or before the payment due date. Include additional principal with the regular payment and indicate the amount in the space provided on the coupon.

**Loan Payoff Information.** The principal balance on the statement is not the loan payoff amount. Interest and other charges may be due. You may obtain a payoff quote through Navy Federal online banking or by calling **1-888-842-6328**.

**Credit Reporting.** We may report information about the account to credit bureaus. If you are obligated on the loan, late payments, missed payments, or other defaults on the account may be reflected in your credit report.

**Late Fees.** Submit payments in a timely manner to avoid late fees, which may be incurred for late payments. See the front of the statement for information regarding the due date.

## INSURANCE INFORMATION

**Hazard Insurance Reminder.** It is your responsibility to maintain proper and sufficient hazard insurance coverage. Hazard insurance includes Fire and Extended Coverage, and where required, Flood and Wind Insurance. To protect our mutual interests, Navy Federal must be listed in the mortgagee clause. Should you receive an original insurance bill, please forward it to us immediately to avoid a lapse in coverage. Whether you have a renewal or replacement policy, please have your agent send a copy of it to the insurance address above at least 30 days before your existing policy expires.

If we do not receive proof of adequate continuous coverage, we will purchase hazard insurance to protect the property at your expense. The cost of the insurance we purchase on your behalf may be higher than the amount you would normally pay. In addition, this insurance policy may not provide coverage for the full replacement cost of the home and will not cover your contents. If the loan is a mortgage or fixed equity loan, the purchase price of this insurance will be charged to the escrow account. If the loan does not have an escrow account, one will be established, and the mortgage payment will be increased accordingly. If the loan is a Home Equity Line of Credit, we will send you a bill for the insurance coverage obtained. You will be mailed several notices before a policy is obtained and the account is charged. Please remember that a copy of the policy or policies still needs to be provided to us annually (for non-escrowed loans). If the property is a condominium, you will need to request the declaration page of the Master Condominium Policy from your condominium association and send proof of any additional policies you may carry. If the loan does not have an escrow account, you are required to provide proof that the insurance has been paid by forwarding a copy of your hazard, flood, and/or wind insurance receipt(s).

**Damaged Property.** In the event of damage to the home or property, immediately notify your insurance agent and Navy Federal so we may guide you on how the insurance draft must be processed.

**Mortgage Insurance.** Private Mortgage Insurance (PMI), if applicable, may be eligible for cancellation. Please contact Navy Federal at **1-888-842-6328** for applicable requirements.

**Bankruptcy and Collection Notice.** In the event the loan is in default, Navy Federal Credit Union may attempt to collect the debt, and any information obtained will be used for that purpose.

If the account is in bankruptcy, and your original obligation was discharged or is subject to an automatic stay, this statement is for compliance and/or informational purposes only and is not an attempt to collect a debt or impose personal liability for such obligation. Please contact your attorney with any questions.

## TAX INFORMATION

**Property Tax Reminder.** Supplemental bills are the responsibility of the property owner, as we do not escrow to pay supplemental tax bills. If you receive an original or delinquent tax bill, please forward it to our tax department at the address listed under Contact Information. Delays in forwarding tax bills may result in tax penalties for which the account will be charged. Duplicate tax bills are generally sent by taxing authorities to the property owner. Please retain them for your records. If the loan does not have an escrow account, you are required to provide evidence that your taxes have been paid by forwarding a copy of your paid tax bill receipt(s) to our Tax Department.

**Homestead Exemption.** If your state allows for a homestead exemption, **only the applicable party may file for it**.

## GENERAL INFORMATION

**Statement Balance.** Transactions received after the statement date will be reflected on the following month's statement.

**Overpayment**. Any overpayment will be applied according to the loan documents.

**Expenses Paid.** This is a recoverable disbursement for servicing-related expenses (not escrow expenses) paid with servicer funds rather than escrow funds, to be recovered. This may include foreclosure expenses, attorney fees, and bankruptcy fees.

**Suspense Balance.** If the account is subject to pending bankruptcy proceedings, the suspense balance reflected could include trustee distributions. For more details, please contact Mortgage Default to speak with a Mortgage Bankruptcy Counselor at 1-800-258-5948.

**Suspense Funds.** These are any funds received on an account, with the exception of a Home Equity Line of Credit, that did not equal a full payment.

**Important Notice:** If the mortgage loan should go into default, Navy Federal Credit Union may inspect the property to determine if it is being maintained and occupied in accordance with the terms of the Mortgage/Deed of Trust. Any fees for such an inspection will be charged to the account. In addition, we may report information about the account to credit bureaus.

For additional details, please refer to the Frequently Asked Questions under Mortgage and Equity Information (via Navy Federal online banking). To view current mortgage servicing fee schedules, please visit **navyfederal.org**.

## HOME EQUITY LINE OF CREDIT (HELOC)

**Finance Charge:** A finance charge will be imposed and shown on each monthly statement, even if you pay the new balance in full on or before the payment due date. The finance charge on the account is determined by applying the daily periodic rate to the "average daily balance" on the account (including current transactions) and then multiplying that amount by the days in the billing cycle. To get the "average daily balance," we take the beginning balance of the account each day, add any new advances made, and subtract any payments or credits and any unpaid finance charges. This equals the daily balance. Then, we add up all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This equals the "average daily balance."

**Payoff and Paydown Description.** A payoff request is a request to pay the HELOC in full and close the loan. No further transactions can be made on the loan once it is paid in full. A paydown request is a request to pay the HELOC to a zero balance, but have the loan remain open for further use. If a loan is paid down, you may continue to draw funds from the loan until the draw period ends or the loan is paid in full and closed.

**Prepayment Options.** There is no prepayment option on a HELOC for monthly payments. You must wait for the monthly bill to generate before it can be paid. If all outstanding bills are paid on a HELOC, any funds received will be posted towards additional amounts due or principal. Once a HELOC bill is generated, any funds received will be posted towards the oldest outstanding bill first.

**Hold On Available Credit After Payment.** When you make a payment to the HELOC, Navy Federal will adjust the available credit six business days after we receive your payment.

For more information, call **1-888-842-6328** or visit **navyfederal.org**.

**Billing Rights Summary. (HOME EQUITY LINE OF CREDIT)**

**In Case of Error or Questions About the Bill.** If you think the bill is wrong, or if you need more information about a transaction on the bill, write us on a separate sheet at the correspondence address above for inquiries as soon as possible. We must hear from you no later than 60 days after we sent the first bill on which the error or problem appeared.

You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but there is still an obligation to pay the parts of the bill that are not in question. While we investigate your question, we cannot report the account as delinquent or take any action to collect the amount in question.

**Special Rule for Credit Card Purchases.** If you have a home equity credit card and you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

## CHANGE OF ADDRESS

PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| | | | | |
|---|---|---|---|---|
| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NFCU MEMBER OR SUCCESSOR IN INTEREST | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | | HOME TELEPHONE NUMBER ( ) | | DAYTIME TELEPHONE NUMBER ( ) |